UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                      Bankr. Case No. 18-01945-13

Daniel V. Rhome and Tracey L. Rhome                                         Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX  76096

                                              By  /s/  Mandy Youngblood

                                                Mandy Youngblood
                                                PO Box 183853
                                                Arlington, TX  76096
                                                877-203-5538
                                                877-259-6417
                                                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-01945-13

Daniel V. Rhome and Tracey L. Rhome  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 13, 2018 :

| | |
|---|---|
| John Matthew Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx92797 / 956643