```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 18-01945-RNO
Daniel V. Rhome                                               Chapter 13
Tracey L. Rhome
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson              Page 1 of 1              Date Rcvd: Sep 13, 2018
                              Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb         +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian Thomas Langford     on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Matthew Hyams    on behalf of Debtor 2 Tracey L. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Daniel V. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Karl M Ledebohm    on behalf of Creditor    Members 1st Federal Credit Union kledebohm@epix.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel V. Rhome

**Debtor 1**

Tracey L. Rhome
aka Tracey Lynette Pearlene−Rhome

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:18−bk−01945−RNO

Document Number: 31,32

Matter: Objection to Claim Number 12, 13

Daniel V. Rhome
Tracey L. Rhome
aka Tracey Lynette Pearlene−Rhome
**Movant(s)**

vs.

Members 1st
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 8, 2018.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: October 3, 2018** **Time: 10:00 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: TWilson, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 13, 2018

nthrgreq(05/18)