## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Daniel V. Rhome | : | |
| and Tracey L. Rhome | : | |
|     Debtors | : | |
| | : | CASE NO: 1:18-bk-01945-RNO |
| | : | |
| | : | |
| | : | |
| Daniel V. Rhome | : | |
| and Tracey L. Rhome | : | |
|     Objectors | : | OBJECTION TO CLAIM NO. 8 |
| | : | |
|         v. | : | |
| | : | |
| PSECU | : | |
|     Creditor | : | |

## ORDER

Upon and in consideration of Debtors' Objection to Proof of Claim Number 8, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 8 is hereby denied in the entirety.