```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01945-RNO
Daniel V. Rhome                                                 Chapter 13
Tracey L. Rhome
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: TWilson              Page 1 of 1              Date Rcvd: Sep 20, 2018
                               Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db/jdb         +Daniel V. Rhome,    Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5060916        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 19:20:56
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian Thomas Langford    on behalf of Creditor   PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Matthew Hyams    on behalf of Debtor 2 Tracey L. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Daniel V. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Karl M Ledebohm    on behalf of Creditor   Members 1st Federal Credit Union kledebohm@epix.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| Daniel V. Rhome : | |
| and Tracey L. Rhome : | |
|     Debtors : | |
| : | CASE NO: 1:18-bk-01945-RNO |
| Daniel V. Rhome : | |
| and Tracey L. Rhome : | |
|     Objectors : | OBJECTION TO CLAIM NO. 1 |
| v. : | |
| Quantum3 Group LLC as agent for : | |
| MOMA Funding LLC : | |
|     Creditor : | |

## ORDER

Upon and in consideration of Debtors' Objection to Proof of Claim Number 1, after proper Notice and an opportunity to be heard, having come this day before the Court, it is hereby:

**ORDERED** that the Debtors' Objection is hereby sustained, and Creditor's Proof of Claim Number 1 is hereby denied in the entirety.

Dated: September 18, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)