## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Daniel V. Rhome | : | |
| Tracey L. Rhome | : | CASE NO: 1:18-bk-01945-RNO |
| Debtor(s) | : | |
| Daniel V. Rhome | : | |
| Tracey L. Rhome | : | |
| Objectors | : | OBJECTION TO CLAIM NO. 12 |
| v. | : | |
| Members 1st | : | |
| Creditor | : | |

To the Clerk:

Please mark docket entry No. 31 (Objection to Claim #12) as withdrawn.

                                          Respectfully submitted,

                                          LAW OFFICES OF JOHN M. HYAMS

Dated: September 25, 2018         By:   /s/   John M. Hyams
                                                    John M. Hyams
                                                    2023 North 2nd Street
                                                    Harrisburg, PA 17102
                                                    (717) 520-0300
                                                    Attorney for Debtors