IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Daniel V. Rhome | : | |
| Tracey L. Rhome | : | |
| | : | CASE NO: 1:18-bk-01945-RNO |
| Debtor(s) | : | |
| | : | |
| Daniel V. Rhome | : | |
| Tracey L. Rhome | : | |
| | : | |
| Objectors | : | OBJECTION TO CLAIM NO. 13 |
| v. | : | |
| | : | |
| Members 1st | : | |
| | : | |
| Creditor | : | |

To the Clerk:

Please mark docket entry No. 32 (Objection to Claim #13) as withdrawn.

                                        Respectfully submitted,

                                        LAW OFFICES OF JOHN M. HYAMS

Dated: September 25, 2018         By:   /s/   John M. Hyams
                                                      John M. Hyams
                                                      2023 North 2nd Street
                                                      Harrisburg, PA  17102
                                                      (717) 520-0300
                                                      Attorney for Debtors