UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL V RHOME<br>TRACEY L RHOME | CASE NO: 18-01945<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/28/2018, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/28/2018

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL V RHOME<br>TRACEY L RHOME | CASE NO: 18-01945<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/28/2018, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/28/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AMERICREDIT FINANCIAL SERVICES INC DBA | AMERICREDIT FINANCIAL SERVICS DBA GM |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | GM F | FINAN |
| 03141 | 4000 EMBARCADERO DR | PO BOX 183853 |
| CASE 1-18-BK-01945-RNO | ARLINGTON TX 76014-4101 | ARLINGTON TX 76096-3853 |
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| HARRISBURG | | |
| FRI SEP 28 13-08-56 EDT 2018 | | |

| BUREAU OF EMPLOYER TAX OPER | CBBON TON | CBNA |
|---|---|---|
| PO BOX 68568 | PO BOX 182789 | PO BOX 6497 |
| HARRISBURG PENNSYLVANIA 17106-8568 | COLUMBUS OH 43218-2789 | SIOUX FALLS SD 57117-6497 |

| CAPITAL ONE NA | WILLIAM E CRAIG | CHARLES J DEHART III TRUSTEE |
|---|---|---|
| CO BECKET AND LEE LLP | MORTON CRAIG LLC | 8125 ADAMS DRIVE SUITE A |
| PO BOX 3001 | 110 MARTER AVENUE SUITE 301 | HUMMELSTOWN PA 17036-8625 |
| MALVERN PA 19355-0701 | MOORESTOWN NJ 08057-3125 | |

| FED LOAN | GM FINANCIAL | ~~EXCLUDE~~ |
|---|---|---|
| PO BOX 60610 | PO BOX 181145 | ~~JOHN MATTHEW HYAMS~~ |
| HARRISBURG PA 17106-0610 | ARLINGTON TX 76096-1145 | ~~LAW OFFICES OF JOHN M HYAMS~~ |
| | | ~~2023 N 2ND ST~~ |
| | | ~~HARRISBURG PA 17102-2151~~ |

| INTERNAL REVENUE SERVICE | KOHLSCAPITAL ONE | LAKEVIEW LOAN SERVICING LLC |
|---|---|---|
| PO BOX 7346 | PO BOX 3115 | CO MT BANK |
| PHILADELPHIA PENNSYLVANIA 19101-7346 | MILWAUKEE WI 53201-3115 | PO BOX 840 |
| | | BUFFALO NY 14240-0840 |

| BRIAN THOMAS LANGFORD | KARL M LEDEBOHM | MT BANK |
|---|---|---|
| WELTMAN WEINBERG REIS CO LPA | PO BOX 173 | LEGAL DOCUMENT PROCESSING |
| 436 7TH AVENUE SUITE 2500 | NEW CUMBERLAND PA 17070-0173 | 626 COMMERCE DRIVE |
| PITTSBURGH PA 15219-1842 | | AMHERST NY 14228-2307 |

| MEMBERS 1ST | MOHELADOFED | MEMBERS 1ST FEDERAL CREDIT UNION |
|---|---|---|
| 5000 LOUISE DR | 633 SPIRIT DRIVE | 5000 LOUISE DRIVE |
| MECHANICSBURG PA 17055-4899 | CHESTERFIELD MO 63005-1243 | MECHANICSBURG PA 17055-4899 |

| BRIAN C NICHOLAS | ONE MAIN FINANCIAL | OFFICE OF ATTORNEY GENERAL |
|---|---|---|
| KML LAW GROUP PC | 6801 COLWELL BLVD | FINANCIAL ENFORCEMENT SECTION |
| 701 MARKET STREET SUITE 5000 | CS CARE DEPT | STRAWBERR |
| PHILADELPHIA PA 19106-1541 | IRVING TX 75039-3198 | HARRISBURG PENNSYLVANIA 17120-0001 |

| PA DEPARTMENT OF REVENUE | PRA RECEIVABLES MANAGEMENT LLC | PSECU |
|---|---|---|
| DEPARTMENT 280946 ATTN BANKRUPTCY DIVI | PO BOX 41021 | PO BOX 1006 |
| HARRISBURG PENNSYLVANIA 17128-0946 | NORFOLK VA 23541-1021 | HARRISBURG PA 17108-1006 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PSECU
PO BOX 67013
HARRISBURG PA 17106-7013

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

EXCLUDE
DANIEL V RHOME
12 STILES DRIVE
MARYSVILLE PA 17053-9532

EXCLUDE
TRACEY L RHOME
12 STILES DRIVE
MARYSVILLE PA 17053-9532

SHEFFIELD FINANCIAL
ATTN CREDIT DISPUTES DEPT
PO BOX 1847
WILSON NC 27894-1847

SYNCBAMERICAN EAGLE OUTFITTERS
PO BOX 965005
ORLANDO FLORIDA 32896-5005

SYNCBHHGREG
CO PO BOX 965036
ORLANDO FL 32896-0001

SHEFFIELD FINANCIAL
PO BOX 1847
WILSON NC 27894-1847

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DISTRICT OF COLUMBIA 20044
-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET ROOM 1190
HARRISBURG PENNSYLVANIA 17101-1722

WFDSWDS
PO BOX 1697
WINTERVILLE NC 28590-1697

WELLS FARGO BANK NA DBA WELLS FARGO
AUT
PO BOX 19657
IRVINE CA 92623-9657