UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    DANIEL V. RHOME and | : |
|    TRACEY L. RHONE, | : |
|       Debtors | : |
| | : |
|    CHARLES J. DEHART, III | : |
|    STANDING CHAPTER 13 TRUSTEE | : |
|       Movant | : |
| | : |
|    vs. | : |
|    DANIEL V. RHOME and | : |
|    TRACEY L. RHONE, | : |
|       Respondents | : CASE NO.  1:18-bk-01945-RNO |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of November, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

a. The plan is underfunded relative to claims to be paid – 100% plan. (unsecured portion of cramdowns)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is not confirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart III

/s/James K. Jones
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this   5th   day of   November  , 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

  John M. Hyams, Esq.
  2023 N. 2nd St, Ste 203
  Harrisburg, PA 17102

            /s/Cecilia Martin
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee