UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL V RHOME<br>TRACEY L RHOME | CASE NO: 18-01945<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/9/2018, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/9/2018

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL V RHOME
TRACEY L RHOME

CASE NO: 18-01945

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/9/2018, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/9/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              AMERICREDIT FINANCIAL SERVICES INC DBA   AMERICREDIT FINANCIAL SERVICS DBA GM
LABEL MATRIX FOR LOCAL NOTICING        GM F                                     FINAN
03141                                  4000 EMBARCADERO DR                      PO BOX 183853
CASE 1-18-BK-01945-RNO                 ARLINGTON TX 76014-4101                  ARLINGTON TX 76096-3853
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI NOV 9 11-04-37 EST 2018


BUREAU OF EMPLOYER TAX OPER            CBBON TON                                CBNA
PO BOX 68568                           PO BOX 182789                            PO BOX 6497
HARRISBURG PENNSYLVANIA 17106-8568     COLUMBUS OH 43218-2789                   SIOUX FALLS SD 57117-6497




CAPITAL ONE NA                         WILLIAM E CRAIG                          CHARLES J DEHART III TRUSTEE
CO BECKET AND LEE LLP                  MORTON   CRAIG LLC                       8125 ADAMS DRIVE SUITE A
PO BOX 3001                            110 MARTER AVENUE SUITE 301              HUMMELSTOWN PA 17036-8625
MALVERN PA 19355-0701                  MOORESTOWN NJ 08057-3125




FED LOAN                               GM FINANCIAL                             EXCLUDE
PO BOX 60610                           PO BOX 181145                            JOHN MATTHEW HYAMS
HARRISBURG PA 17106-0610               ARLINGTON TX 76096-1145                  LAW OFFICES OF JOHN M HYAMS
                                                                                2023 N 2ND ST
                                                                                HARRISBURG PA 17102-2151




INTERNAL REVENUE SERVICE               KOHLSCAPITAL ONE                         LAKEVIEW LOAN SERVICING LLC
PO BOX 7346                            PO BOX 3115                              CO MT BANK
PHILADELPHIA PENNSYLVANIA 19101-7346   MILWAUKEE WI 53201-3115                  PO BOX 840
                                                                                BUFFALO NY 14240-0840




BRIAN THOMAS LANGFORD                  MT BANK                                  MEMBERS 1ST
WELTMAN WEINBERG  REIS CO LPA          LEGAL DOCUMENT PROCESSING                5000 LOUISE DR
436 7TH AVENUE SUITE 2500              626 COMMERCE DRIVE                       MECHANICSBURG PA 17055-4899
PITTSBURGH PA 15219-1842               AMHERST NY 14228-2307




MOHELADOFED                            MEMBERS 1ST FEDERAL CREDIT UNION         BRIAN C NICHOLAS
633 SPIRIT DRIVE                       5000 LOUISE DRIVE                        KML LAW GROUP PC
CHESTERFIELD MO 63005-1243             MECHANICSBURG PA 17055-4899              701 MARKET STREET SUITE 5000
                                                                                PHILADELPHIA PA 19106-1541




ONE MAIN FINANCIAL                     OFFICE OF ATTORNEY GENERAL               PA DEPARTMENT OF REVENUE
6801 COLWELL BLVD                      FINANCIAL ENFORCEMENT SECTION            DEPARTMENT 280946 ATTN BANKRUPTCY DIVI
CS CARE DEPT                           STRAWBERR                                HARRISBURG PENNSYLVANIA 17128-0946
IRVING TX 75039-3198                   HARRISBURG PENNSYLVANIA 17120-0001




PRA RECEIVABLES MANAGEMENT LLC         PSECU                                    PSECU
PO BOX 41021                           PO BOX 1006                              PO BOX 67013
NORFOLK VA 23541-1021                  HARRISBURG PA 17108-1006                 HARRISBURG PA 17106-7013
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | EXCLUDE<br>DANIEL V RHOME<br>12 STILES DRIVE<br>MARYSVILLE PA 17053-9532 | EXCLUDE<br>TRACEY L RHOME<br>12 STILES DRIVE<br>MARYSVILLE PA 17053-9532 |
| SHEFFIELD FINANCIAL<br>ATTN CREDIT DISPUTES DEPT<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCBAMERICAN EAGLE OUTFITTERS<br>PO BOX 965005<br>ORLANDO FLORIDA 32896-5005 | SYNCBHHGREG<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 |
| SHEFFIELD FINANCIAL<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLING STATION<br>WASHINGTON DISTRICT OF COLUMBIA 20044<br>-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PENNSYLVANIA 17108-1754 | EXCLUDE<br>UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| EXCLUDE<br>UNITED STATES TRUSTEE<br>228 WALNUT STREET ROOM 1190<br>HARRISBURG PENNSYLVANIA 17101-1722 | WFDSWDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 | WELLS FARGO BANK NA DBA WELLS FARGO<br>AUT<br>PO BOX 19657<br>IRVINE CA 92623-9657 |