IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Daniel V. Rhome | : | |
| Tracey L. Rhome | : | |
| | : | CASE NO. 1:18-bk-01945 |
| Debtors | : | |

To the Clerk:

Please mark docket entry 69 as withdrawn.

                              Respectfully submitted,

                              LAW OFFICES OF JOHN M. HYAMS

November 9, 2018                By:   /s/ John M. Hyams
                                     John M. Hyams
                                     2023 North 2nd Street
                                   Harrisburg, PA 17102
                                   (717) 520-0300
                                   Attorney for Debtors