UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL V RHOME<br>TRACEY L RHOME | CASE NO: 18-01945<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/14/2019, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2019

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL V RHOME<br>TRACEY L RHOME | CASE NO: 18-01945<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/14/2019, a copy of the following documents, described below,

3rd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-18-BK-01945-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI JAN 11 16-08-58 EST 2019 | AMERICREDIT FINANCIAL SERVICES INC DBA GM F<br>4000 EMBARCADERO DR<br>ARLINGTON TX 76014-4101 | AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| BUREAU OF EMPLOYER TAX OPER<br>PO BOX 68568<br>HARRISBURG PENNSYLVANIA 17106-8568 | CBBON TON<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | CBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | WILLIAM E CRAIG<br>MORTON CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| FED LOAN<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PENNSYLVANIA 19101-7346 | KOHLSCAPITAL ONE<br>PO BOX 3115<br>MILWAUKEE WI 53201-3115 | LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 |
| BRIAN THOMAS LANGFORD<br>WELTMAN WEINBERG REIS CO LPA<br>436 7TH AVENUE SUITE 2500<br>PITTSBURGH PA 15219-1842 | MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MEMBERS 1ST<br>5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 |
| MOHELADOFED<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MEMBERS 1ST FEDERAL CREDIT UNION<br>5000 LOUISE DRIVE<br>MECHANICSBURG PA 17055-4899 | BRIAN C NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| ONE MAIN FINANCIAL<br>6801 COLWELL BLVD<br>CS CARE DEPT<br>IRVING TX 75039-3198 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>STRAWBERR<br>HARRISBURG PENNSYLVANIA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTN BANKRUPTCY DIVI<br>HARRISBURG PENNSYLVANIA 17128-0946 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PSECU<br>PO BOX 1006<br>HARRISBURG PA 17108-1006 | PSECU<br>PO BOX 67013<br>HARRISBURG PA 17106-7013 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | ~~EXCLUDE~~<br>~~DANIEL V RHOME~~<br>~~12 STILES DRIVE~~<br>~~MARYSVILLE PA 17053-9532~~ | ~~EXCLUDE~~<br>~~TRACEY L RHOME~~<br>~~12 STILES DRIVE~~<br>~~MARYSVILLE PA 17053-9532~~ |
| SHEFFIELD FINANCIAL<br>ATTN CREDIT DISPUTES DEPT<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCBAMERICAN EAGLE OUTFITTERS<br>PO BOX 965005<br>ORLANDO FLORIDA 32896-5005 | SYNCBHHGREG<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 |
| SHEFFIELD FINANCIAL<br>PO BOX 1847<br>WILSON NC 27894-1847 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |
| US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLING STATION<br>WASHINGTON DISTRICT OF COLUMBIA 20044<br>-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PENNSYLVANIA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET ROOM 1190~~<br>~~HARRISBURG PENNSYLVANIA 17101-1722~~ | WFDSWDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |
| WELLS FARGO BANK NA DBA WELLS FARGO<br>AUT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | | |