```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-01945-HWV
Daniel V. Rhome                                                 Chapter 13
Tracey L. Rhome
         Debtors             CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 1           Date Rcvd: Feb 27, 2019
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
db/jdb         +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:
```
              Brian C Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com,  PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Daniel V. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Tracey L. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>DANIEL V. RHOME<br>TRACEY L. RHOME<br>**Debtor(s)** | Case No.: 1: 18-01945 HWV<br>Chapter 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL<br>**Movant** | Docket No.<br>11 U.S.C. 362 |
| v. | |
| DANIEL V. RHOME<br>TRACEY L. RHOME<br>**Respondent(s)** | |
| CHARLES J. DEHART, III<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion For Stay Relief filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2014 Chevrolet Impala** bearing vehicle identification number 1G11Y5SL9EU104898 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: February 27, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JG)