UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL V RHOME

|  |  |  |
|---|---|---|
|  | ) | Case No. 18-01945 |
|  | ) | Chapter 13 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**　　　　　　　　☒ Notice Address
(both may be selected, if applicable)　　　☒ Payment Address

OLD ADDRESS:　　ONEMAIN FINANCIAL
　　　　　　　　　(Name)
　　　　　　　　　PO BOX 70912
　　　　　　　　　(Street Address or P.O. Box)
　　　　　　　　　CHARLOTTE, NC 28272
　　　　　　　　　(City, State, Zip Code)

NEW ADDRESS:　　ONEMAIN FINANCIAL
　　　　　　　　　(Name)
　　　　　　　　　PO BOX 3251
　　　　　　　　　(Street Address or P.O. Box)
　　　　　　　　　EVANSVILLE, IN 47731
　　　　　　　　　(City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
**Name/OBA#/Address/Telephone #/Email**

