Certificate Number: 14424-PAM-DE-039467747

Bankruptcy Case Number: 18-01945



14424-PAM-DE-039467747

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2025, at 12:55 o'clock PM EDT, Daniel V Rhome completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2025

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor