Certificate Number: 14424-PAM-DE-039467748

Bankruptcy Case Number: 18-01945



14424-PAM-DE-039467748

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 21, 2025</u>, at <u>12:55</u> o'clock <u>PM EDT</u>, <u>Tracey L Rhome</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 21, 2025</u>

By: <u>/s/Mabelyn Ramirez</u>

Name: <u>Mabelyn Ramirez</u>

Title: <u>Instructor</u>