| Fill in this information to identify the case: |
|---|
| Debtor 1    Daniel V. Rhome |
| Debtor 2    Tracey L. Rhome <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of PA |
| Case number   18-01945 HWV |

Form 4100R

# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**  M&T Bank  **Court claim no.** (if known):  9

**Last 4 digits** of any number you use to identify the debtor's account:  1182
**Property address:**
12 Stiles Drive
Marysville, PA 17053

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    06 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:    (a)   $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____
c.  **Total.** Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R    Response to Notice of Final Cure Payment    page 1

Case 1:18-bk-01945-HWV    Doc 115    Filed 05/30/25    Entered 05/30/25 14:42:06    Desc
Document ID: 1f9995a21839a00b9fd9cccfd20813fd2dd109aaab9b93fc52e9125cpbb26cb4
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
27 May 2025, 10:22:51, EDT

Date    05/27/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome<br>Daniel V. Rhome<br>　　　　　　　　Debtor(s)<br><br>M&T Bank<br>　　　　　　　　Movant<br>　　vs.<br><br>Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome<br>Daniel V. Rhome<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　Trustee | BK NO. 18-01945 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 30, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome
12 Stiles Drive
Marysville, PA 17053

Daniel V. Rhome
12 Stiles Drive
Marysville, PA 17053

<u>Attorney for Debtor(s) (via ECF)</u>
John Matthew Hyams, Esq.
Law Offices of John M. Hyams
2023 N 2nd Street
Hershey, PA 17033

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>May 30, 2025</u>

　　　　　　　　　　　　　　　　　　　　　　　<u>**/s/ Matthew Fissel**</u>
　　　　　　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 314567
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com