United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 18-01945-HWV
Daniel V. Rhome     Chapter 13
Tracey L. Rhome
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Sep 18, 2025     Form ID: 3180W     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol   Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel V. Rhome, Tracey L. Rhome, 12 Stiles Drive, Marysville, PA 17053-9532 |
| 5058922 | + | FED LOAN, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5058930 | + | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120-0001 |
| 5058933 | | PSECU, PO BOX 1006, HARRISBURG, PA 17108 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 18 2025 22:37:00 | Americredit Financial Services, Inc dba GM Financi, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: AISACG.COM | Sep 18 2025 22:37:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 19 2025 01:03:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5068534 | | EDI: PHINAMERI.COM | Sep 18 2025 22:37:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 5058920 | + | EDI: WFNNB.COM | Sep 18 2025 22:37:00 | CB/BON TON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5058921 | + | EDI: CITICORP | Sep 18 2025 22:37:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5081802 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 18:44:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5058919 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 18 2025 18:40:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 5058923 | + | EDI: PHINAMERI.COM | Sep 18 2025 22:37:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5058924 | | EDI: IRS.COM | Sep 18 2025 22:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 5058925 | + | EDI: CAPITALONE.COM | Sep 18 2025 22:37:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5078839 | ^ | MEBN | Sep 18 2025 18:37:17 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5058926 | | Email/Text: camanagement@mtb.com | Sep 18 2025 18:40:00 | M & T BANK, 1 FOUNTAIN PLAZA, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | BUFFALO, NY 14203 |
| 5079912 | | Email/Text: camanagement@mtb.com | Sep 18 2025 18:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5058927 | + | Email/Text: unger@members1st.org | Sep 18 2025 18:40:00 | MEMBERS 1ST, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5058929 | | Email/Text: EBN@Mohela.com | Sep 18 2025 18:40:00 | MOHELA/DOFED, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5591341 | | Email/Text: EBN@Mohela.com | Sep 18 2025 18:40:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5099137 | + | Email/Text: unger@members1st.org | Sep 18 2025 18:40:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5058931 | + | EDI: AGFINANCE.COM | Sep 18 2025 22:37:00 | ONE MAIN FINANCIAL, P.O. Box 3251, Evansville IN 47731-3251 |
| 5058932 | | EDI: PENNDEPTREV | Sep 18 2025 22:37:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 5059305 | + | EDI: PRA.COM | Sep 18 2025 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5073976 | + | EDI: G2RSPSECU | Sep 18 2025 22:37:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5060916 | | EDI: Q3G.COM | Sep 18 2025 22:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5058934 | + | Email/Text: bankruptcy@bbandt.com | Sep 18 2025 18:40:00 | SHEFFIELD FINANCIAL, ATTN CREDIT DISPUTES DEPT, PO BOX 1847, WILSON, NC 27894-1847 |
| 5058935 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/AMERICAN EAGLE OUTFITTERS, PO BOX 965005, ORLANDO, Florida 32896-5005 |
| 5058936 | + | EDI: SYNC | Sep 18 2025 22:37:00 | SYNCB/HHGREG, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 5083099 | | Email/Text: bankruptcy@bbandt.com | Sep 18 2025 18:40:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5073412 | + | EDI: AIS.COM | Sep 18 2025 22:37:00 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5058937 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 18 2025 18:40:00 | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044 |
| 5126058 | ^ | MEBN | Sep 18 2025 18:37:32 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 5521045 | + | Email/Text: EBN@edfinancial.com | Sep 18 2025 18:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5058938 | ^ | MEBN | Sep 18 2025 18:37:25 | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |
| 5058939 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Sep 18 2025 18:40:00 | United States Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 5058940 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 18 2025 18:55:07 | WFDS/WDS, PO BOX 1697, WINTERVILLE, NC 28590-1697 |
| 5085134 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 18 2025 18:55:13 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5077733 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 5184558 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5058928 | *+ | MEMBERS 1ST, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
| --- | --- | --- |
| Date: Sep 20, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Daniel V. Rhome jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Tracey L. Rhome jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com PitEcf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daniel V. Rhome<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0116<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Tracey L. Rhome<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3643<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:18–bk–01945–HWV | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel V. Rhome

Tracey L. Rhome
aka Tracey Lynette Pearlene–Rhome

**By the court:**

*[signature]*

9/18/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**