| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Daniel V. Rhome |
| Debtor 2 | Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome |
| Debtor 2 | |
| United States Bankruptcy Court for the MIDDLE District of Pennsylvania | |
| Case number | 18-01945 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no**. (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1182

**Date of payment change:**
Must be at least 21 days after date of this notice       01/01/2023

**New total payment:**       $1308.07
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $286.35         New escrow payment: $322.76

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $_____       New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____       New mortgage payment: $_____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

| Debtor(s) | <u>Daniel V. Rhome, Tracey L. Rhome</u> | Case number (*if known*) <u>18-01945 HWV</u> |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
_____
Signature

Print: Michael Farrington
09 Nov 2022, 10:46:12, EST

Date  11/09/2022

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>   <u>Market Street, Suite 5000</u>
         Number    Street
<u>Philadelphia,</u>                    PA    19106
City                                 State  ZIP Code

Contact phone  (215) 627–1322    Email  <u>bkgroup@kmllawgroup.com</u>

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

Case 1:18-bk-01945-HWV    Doc    Filed 11/11/22    Entered 11/11/22 15:55:56    Desc
Document ID: 619c79ad0cbb8064320011d602cd71d47136e80d6a99563e0f364e20363fc0f1
Main Document    Page 2 of 2