IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome<br>Daniel V. Rhome<br>    Debtor(s)<br><br>M&T Bank<br>    Movant<br>vs.<br><br>Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome<br>Daniel V. Rhome<br>    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | BK NO. 18-01945 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 11, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Tracey L. Rhome aka Tracey Lynette Pearlene-Rhome
12 Stiles Drive
Marysville, PA 17053

Daniel V. Rhome
12 Stiles Drive
Marysville, PA 17053

<u>Attorney for Debtor(s)</u>
John Matthew Hyams, Esq.
Law Offices of John M. Hyams, 2023 N 2nd Street
Hershey, PA 17033

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 11, 2022</u>

                        **/s/Michael P. Farrington Esq.**
                        Michael P. Farrington Esq.
                        Attorney I.D. 329636
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        (215) 825-6488
                        mfarrington@kmllawgroup.com